IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERYL A. ELKINTON,

    Plaintiff,

v.

PRESIDENT OF U.S. AND CABINET,
U.S. DEPT. OF TRANSPORTATION,
U.S. DEPT. OF HEALTH AND HUMAN
SERVICES, U.S. DEPT. OF FOOD AND
DRUG ADMINISTRATION,
U.S. ENVIRONMENTAL SAFETY
COMMISSION, U.S. TREASURY, U.S. DEPT.
OF LABOR and USDA (SERVICE CENTER
NATURAL RESOURCES CONSERVATION
SERVICE),

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-694-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_Peter Oppeneer_       11/6/12
Peter Oppeneer, Clerk of Court      Date